IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal No. 3:08-cr-00176 |
| | ) | Judge Trauger |
| PAUL DONALD MCGILL | ) | |
| Defendant. | ) | |

# O R D E R

A hearing was held on February 14, 2017 on the Petition to Revoke Supervision (Docket No. 68). The parties announced an agreed disposition that is acceptable to the court.

The defendant pled guilty to Violations 1-4, and the court finds those violations established. The defendant's supervised release is hereby REVOKED, and he is sentenced to serve 30 days in the custody of the Bureau of Prisons, with no additional supervision to follow. He shall not receive any credit for time served.

It is further ORDERED that he shall self-report to the United States Marshal's Office in the Federal Courthouse to serve this sentence by 2:00 p.m. on Tuesday, February 21, 2017.

It is so **ORDERED.**

Enter this 14th day of February 2017.

_____
ALETA A. TRAUGER
U.S. District Judge